**Continuing Abatement Order filed January 12, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-10-00400-CV
_____

**KEESHA PERRY, Appellant**

**V.**

**HOUSTON HOUSING AUTHORITY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 951539**

---

## CONTINUING ABATEMENT ORDER

On July 22, 2011 appellee notified this court that the parties were negotiating an agreement to settle the issues on appeal. Because of administrative processes in this matter, appellee has advised that it will take an extended period of time to finalize any settlement. Accordingly, on July 28, 2011, this court abated the appeal for a period of four months. To date, the court has not been advised whether the settlement has been completed. Accordingly, we issue the following order.

The parties are directed to advise this court in writing of the status of the settlement. If the case has settled, an appropriate motion to dismiss the appeal should be filed. The appeal remains **ABATED**, treated as a closed case, and removed from this court's active

docket until **February 13, 2012.**  The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion.  The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM